File Name: 08a0265n.06

Filed: May 16, 2008

NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

No. 06-2559

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

ERIC D. SEALES,

     Plaintiff-Appellant,

v.

MACOMB COUNTY, FREDERICK TRUE,
JASON STABLEY, TED STABLEY, JIM HILL,
RON GEKIERE, and ROBERT WHITEHEAD,

     Defendants-Appellees.

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF MICHIGAN

_____/

Before:     MARTIN and NORRIS, Circuit Judges, and STAMP, District Judge.[*]

PER CURIAM.   After reviewing the briefs and record before us, we agree with the district court's determination that Eric D. Seales has failed to establish a constitutional violation under the Eighth Amendment. We therefore AFFIRM the district court's grant of summary judgment in favor of defendants.

_____

[*]The Honorable Frederick P. Stamp of the Northern District of West Virginia sitting by designation.